**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROLAND J. WILLIAMS**                                                                              **PLAINTIFF**

**VS.**                                   **CASE NO.  4:06CV00615 JMM**

**PREMIER NSN L.L.C., ET AL**                                                             **DEFENDANTS**

**ORDER**

On May 4, 2007, the Court allowed plaintiff's counsel to withdraw and directed plaintiff to provide the Court, in writing on, or before, May 24, 2007, with a statement of whether he intends to proceed *pro se* or obtain substitute counsel.  Plaintiff failed to respond to the Court's Order and defendants have now filed a Motion to Dismiss for failure to respond.

Plaintiff is hereby given notice of Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

Plaintiff is <u>directed to respond</u> to the pending Motion to Dismiss, and to show cause why his complaint should not be dismissed without prejudice for failure to respond to the May 4, 2007 Order on or before June 14, 2007.  Failure to respond may result in dismissal of plaintiff's complaint.

IT IS SO ORDERED THIS   4   day of    June  , 2007.

_____
James M. Moody
United States District Court