**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ROLAND J. WILLIAMS**                                                                                              **PLAINTIFF**

**VS.**                                              **CASE NO.  4:06CV00615 JMM**

**PREMIER NSN L.L.C, ET AL.**                                                                **DEFENDANTS**

**ORDER**

On May 4, 2007, the Court directed plaintiff to provide the Court with a written statement of whether plaintiff intended to proceed *pro se* or obtain substitute counsel.  Plaintiff was directed to provide the Court with this information by May 24, 2007.  Plaintiff has failed to respond to the Court's Order.

On June 4, 2007, the Court directed plaintiff to respond to defendants' pending Motion to Dismiss on, or before June 14, 2007.  Plaintiff has failed to respond to the Court's Order.

Plaintiff is directed to Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas which states that *pro se* litigants are required to monitor the progress of their case, to prosecute or defend the action diligently, and to respond to any communication from the Court within thirty (30) days or their case could be dismissed without prejudice.

The plaintiff is given until July 5, 2007 to show cause why his case should not be dismissed without prejudice[1] for failure to respond to the Court's Orders and for failure to defend his case by responding to defendants' Motion to Dismiss.

IT IS SO ORDERED this   18   day of June, 2007.

_____
James M. Moody
United States District Judge

---

[1]Plaintiff should be made aware that a dismissal of his Title VII claim may result in his being unable to re-file the claim due to a statute of limitations bar.