IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ROLAND J. WILLIAMS                                                                                    PLAINTIFF

Vs.                                    CASE NO.  4:06cv00615 JMM

PREMIER NSN, LLC, et al                                                                          DEFENDANTS

## ORDER

On May 4, 2007, Plaintiff's Counsel's motion to withdraw was granted (docket entry #27).  In the Order, Plaintiff was directed to notify the Court if he would retain another attorney or proceed pro se.

Since that date, the Defendants have filed a motion to dismiss (docket entry #28).  The Court has entered two additional Orders directing a response by Plaintiff (docket entries #29, #30).

Plaintiff's former counsel has provided the Court with the last known address for Plaintiff.  The Clerk is directed to show Plaintiff as proceeding pro se and his current address as 3857 Micah Lane, Ellenwood, Georgia 30294, telephone number 501.307.3861.  Since it is uncertain whether Plaintiff has received copies of all Orders or pleadings, the Clerk is directed to mail to Plaintiff a docket sheet, a copy of the Order granting counsel's motion to withdraw, the motion to dismiss filed by Defendants, and the two Orders entered after the motion (docket entries #27, #28, #29, #30), along with a copy of this Order by regular and certified mail.

Plaintiff is directed to respond to the Court's previous Orders, no later than July 9, 2007.  Failure to do so could result in dismissal of Plaintiff's complaint for failure to prosecute.

Plaintiff is reminded of Local Rule 5.5(c)(2) of the Eastern and Western District of Arkansas.  It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice. Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure.

IT IS SO ORDERED this 19th day of June, 2007.

_____
UNITED STATES DISTRICT JUDGE