**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**ROLAND J. WILLIAMS**                                                                             **PLAINTIFF**

**VS.**                                          **CASE NO.  4:06CV00615 JMM**

**PREMIER NSN L.L.C, ET AL.**                                                           **DEFENDANTS**

**ORDER**

On May 4, 2007, the Court directed plaintiff to provide the Court with a written statement of whether plaintiff intended to proceed *pro se* or obtain substitute counsel. Plaintiff was directed to provide the Court with this information by May 24, 2007. On June 4, 2007, the Court directed plaintiff to respond to defendants' pending Motion to Dismiss on, or before June 14, 2007. On June 18 and 19, 2007 the Court issued Orders which directed plaintiff to respond to the Court's previous Orders and to show cause why his case should not be dismissed for failure to defend. On July 17, 2007 the Court's Order of June 19, 2007 sent registered mail was returned as unclaimed mail. The same Order sent by regular mail has not been returned.

Plaintiff has failed to respond to any of the Court's communications or to file a response to the pending Motion to Dismiss.

Plaintiff's complaint is dismissed based upon plaintiff's failure to defend against defendant's Motion to Dismiss and plaintiff's failure to respond to the Court's communications within 30 days. *See* Local Rule 5.5(c)(2) of the United States District Courts for the Eastern and Western Districts of Arkansas. All pending motions are dismissed as moot.

IT IS SO ORDERED this   18     day of July, 2007.

James M. Moody
United States District Judge