IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ROLAND J. WILLIAMS**                                                                          **PLAINTIFF**

**VS.**                                              **CASE NO.  4:06CV00615 JMM**

**PREMIER NSN L.L.C, ET AL.**                                                          **DEFENDANTS**

**JUDGMENT**

Pursuant to the Order entered on this day, it is Considered, Ordered and Adjudged that the complaint in the above styled case be, and is hereby, dismissed without prejudice.

IT IS SO ORDERED this  18   day of July, 2007.

_____
James M. Moody
United States District Judge